# United States Court of Appeals
## For the First Circuit

No. 07-1651

UNITED STATES OF AMERICA,

Appellee,

v.

SEVERIN YELAUN,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court, issued on August 27, 2008, should be amended as follows:

On page 6, line 19, remove extra space after "context".

On page 9, line 3, "counts 43-58," should be "counts 44-58,".

On page 12, line 15, delete "were".